No. 181.   MAGNOLIA PETROLEUM CO. ET AL. *v.* HULL ET AL.

**576**

October 13, 1941. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed and the cause remanded to the District Court to permit trial of the issues raised by petitioners' answer and for further proceedings. *Messrs. Walace Hawkins, Wm. A. Vinson,* and *Hugh Carney* for petitioners.